IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41463
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DEBRA ANN ARD,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-169-1
- - - - - - - - - -

August 27, 1999

Before KING, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Debra Ann
Ard has moved for leave to withdraw and has filed a brief as
required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Ard has
received a copy of counsel's motion and brief but has not filed a
response.  Our independent review of the brief and the record
discloses no nonfrivolous issue.  Accordingly, counsel's motion
for leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the appeal is DISMISSED.  <u>See</u> 5th
Cir. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.